UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:14-00133 |
| | ) | JUDGE SHARP |
| BARON L. FRAZIER | ) | |

### ORDER

A hearing on the pending SEALED MOTION (Docket No. 47) is hereby set for Tuesday, November 24, 2015, at 10:00 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE